**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
TYRUS O. COBB, ESQ.
Nevada Bar No. 8031
Email(s):  ghayes@tysonmendes.com
            tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant  WALMART, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELEANA WEATHERSPOON,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation; DOES I-X; ROE ENTITIES I-X, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-2582<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff KELEANA WEATHERSPOON, an individual, by and through her counsel, KAPLAN LAW GROUP and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this __17_ day of March, 2026.

**TYSON & MENDES LLP**


*/s/ Griffith H. Hayes*
 GRIFFITH H. HAYES
 Nevada Bar No. 7374
TYRUS COBB
 Nevada Bar No. 8031
 2835 St. Rose Pkwy., Suite 140
 Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this _16th_ day of March, 2026.

**KAPLAN LAW GROUP**


KORY L. KAPLAN
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

1

## ORDER

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 19, 2026

2